(June 3, 1976)

■ In the Matter of MARY MAHONEY et al., Respondents, v JAMES R. DUMPSON, as Commissioner of the New York City Department of Social Services, Respondent, and STEVEN BERGER, as Acting Commissioner of the New York State Department of Social Services, Respondent-Appellant.— Order, Supreme Court, New York County, entered on August 11, 1975, unanimously affirmed on the opinion of Helman, J., at Special Term,

without costs and without disbursements. Concur—Kupferman, J. P., Murphy, Lupiano, Birns and Lane, JJ.